# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00239-CV

**In re Samuel Marrs**

---

### ORIGINAL PROCEEDING FROM BURNET COUNTY

---

### M E M O R A N D U M   O P I N I O N

The petition for writ of prohibition is denied. *See* Tex. R. App. P. 52.8(a).

---

Edward Smith, Justice

Before Chief Justice Rose, Justices Kelly and Smith

Filed: April 12, 2019